**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STEPHEN OLSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **JUDGE:** |
| **V.** | **MAGISTRATE:** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant, The Lincoln National Life Insurance, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files this statement of corporate disclosure and states:

**The Lincoln National Life Insurance Company,** a nongovernmental corporate party, is a wholly owned subsidiary of **Lincoln National Corporation**.

Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Respectfully submitted this 16th day of November 2021.

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, the above and foregoing Statement of Corporate Disclosure was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties. A copy of the foregoing was also delivered via email and/or U. S. Mail, postage prepaid to:

Jason R. Bell
Steven Broussard
Aaron Brousard
Michael Williamson
Rachel K. Couvillion
Broussard & Williamson
1301 Common Street
Lake Charles, LA 70601
aaron@bwtriallawyers.com
mike@bwtriallawyers.com
rachelc@bwtriallawyers.com
jason@bwtriallawyers.com

/s/ *Lindsay Calhoun*
Lindsay Calhoun