**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STEPHEN OLSON,** | **CIVIL ACTION NO. 2:21-cv-3980** |
| **Plaintiff,** | **JUDGE:** |
| **V.** | **MAGISTRATE:** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court to appear on behalf of Defendant, The Lincoln National Life Insurance Company, in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Northern District of Texas. Attached hereto as Exhibit A is a certificate of good standing from such court.
- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.
- There have been no disciplinary proceedings or criminal charges instituted against me. Attached hereto as Exhibit B is my declaration under oath pursuant to Local Rule 83.2.6.
- In accordance with the local rules for the United States District Court, Western District of Louisiana, Lindsay Calhoun, of the firm of Phelps Dunbar, LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| | /s/ Lindsay Calhoun |
| Signature of Applying Attorney | Signature of Local Counsel |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Iwana Rademaekers | Name: Lindsay Calhoun (Bar #35070) |
| Firm: **LAW OFFICES OF IWANA RADEMAEKERS, P.C.** | Firm: **PHELPS DUNBAR, LLP** |
| Address: 17304 Preston Road, Suite 800<br>Dallas, Texas 75252 | Address: 365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130 |
| Telephone: (214) 579-9319 | Telephone: 504-566-1311 |
| Fax: (469) 444-6456 | Fax: 504-568-9130 |
| E-mail: iwana@rademaekerslaw.com | E-mail: lindsay.calhoun@phelps.com |
| | **COUNSEL FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the parties. I further certify that I mailed the foregoing document and the notice of electronic filing by email and/or first-class mail to any non-CM/ECF participants.

*/s/ Lindsay Calhoun*
LINDSAY CALHOUN