**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**STEPHEN OLSON,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:21-cv-3980**

**JUDGE:**

**MAGISTRATE:**

**IWANA RADEMAEKERS'S DECLARATION IN SUPPORT OF HER MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.2.6, the undersigned, Iwana Rademaekers, declares as follows:

No disciplinary proceedings or criminal charges have been instituted against me.

I declare under penalty and perjury that the foregoing is true and correct.

______________________________
**IWANA RADEMAEKERS**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12TH DAY OF NOVEMBER 2021.

______________________________
NOTARY PUBLIC IN THE STATE OF TEXAS
Commission expires April 29, 2022

NOTARY PUBLIC STATE OF TEXAS
SANDRA ACKER
ID #128254128
My Commission Expires
April 29, 2022

EXHIBIT
B