UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

STEPHEN OLSON                                CIVIL ACTION NO. 2:21-CV-03980-JDC-KK
                 Plaintiff

V.                                           JUDGE CAIN

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY                            MAGISTRATE KAY

                 Defendant

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTER-CLAIM

Plaintiff, Stephen Olson, files this Answer to Defendant's Counter-Claim, through undersigned counsel, and answers as follows:

1.     The allegations contained in Defendant's counter-claim are denied.  Further answering, Plaintiff avers that on or about April 29, 2020, an agreement was reached between the parties whereby Plaintiff would reimburse Defendant the total amount of $58,491.00 for the alleged overpayment, that being the amount he received from Social Security Administration for retroactive disability benefits.  Plaintiff made a payment towards that amount, in the sum of $45,000.00, on or about April 30, 2020, and said payment was acknowledged by Defendant on May 1, 2020.  Additionally, by letter dated January 11, 2021, Defendant advised Plaintiff that a benefit payment covering the period of disability from 09/13/20 to 11/13/21 had been released and applied to the alleged overpayment amount.  However, Plaintiff was not informed of the amount of that payment.

WHEREFORE, Plaintiff prays that this Answer to Defendant's Counter-Claim be deemed good and sufficient, and that the demands of Defendant be dismissed, at its costs.

RESPECTFULLY SUBMITTED BY
BROUSSARD & WILLIAMSON
*Attorneys for Plaintiffs*

_____
JASON R. BELL (#30860)
STEVEN BROUSSARD (#3518)
AARON BROUSSARD (#30134)
MICHAEL WILLIAMSON (#31004)
RACHEL K. COUVILLION (#33927)
1301 Common Street
Lake Charles, LA   70601
(337) 439-2450  Telephone
(337) 439-3450  Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been duly served on all counsel of record by:

_____ U.S. mail, postage pre-paid          _____ Facsimile

_____ FedEx, pre-paid                       xxx  E-mail

_____ Hand delivery                         xxx  Court's CM/ECF system

on this 7th day of December, 2021.

_____
Linda Raynor, Paralegal