UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STEPHEN OLSON | CIVIL ACTION |
| V. | NO. 2:21-CV-03980 -JDC-KK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | JUDGE CAIN<br>MAGISTRATE KAY |

**MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, Stephen Olson, submits this motion to substitute counsel. Plaintiff is presently represented in this matter by attorneys, Jason R. Bell, Steven Broussard, Aaron Broussard, Michael Williamson, and Rachel K. Couvillion, all of the Broussard & Williamson law firm. Plaintiff wishes to allow his present attorneys to withdraw and to substitute as his attorney Reagan L. Toledano. Plaintiff therefore moves to substitute counsel, relieving attorneys Jason R. Bell, Steven Broussard, Aaron Broussard, Michael Williamson, and Rachel K. Couvillion, all of the Broussard & Williamson law firm, and enrolling attorney Reagan L. Toledano.

Counsel for Plaintiff has spoken to counsel for Defendant and is authorized to state that Defendant does not oppose this motion.

Respectfully submitted,

/s/ Reagan Toledano
Willeford & Toledano
Reagan L. Toledano (La. 29687)
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Ph: (504) 582-1286; Fax: (313) 692-5927
rtoledano@willefordlaw.com

/s/ Jason Bell
Jason Bell (#30860)
Steven Broussard (#3518)
Aaron Broussard (#30134)
Michael Williamson (#31004)
Rachel K. Couvillon (#33927)
1301 Common Street
Lake Charles, LA 70601
(337)439-2450 (telephone)
(337)439-3450 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading will be served on all counsel of record through this Court's online ECF filing system on February 3, 2022.

/s/Reagan Toledano