UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STEPHEN OLSON | CIVIL ACTION |
| V. | NO. 2:21-CV-03980 -JDC-KK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | JUDGE CAIN<br>MAGISTRATE KAY |

**ORDER**

Considering Plaintiff's Motion to Substitute Counsel, the motion is **GRANTED.**

**IT IS ORDERED** that attorney Reagan Toledano is substituted as attorney for Plaintiff.

Lake Charles, Louisiana, this _____ day of February 2022.

______________________________________
UNITED STATES DISTRICT JUDGE