UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

STEPHEN OLSON,                                    CIVIL ACTION NO. 2:21-CV-03980

V.                                                JUDGE JAMES D. CAIN, JR.

THE LINCOLN NATIONAL LIFE            MAGISTRATE JUDGE KAY
INSURANCE COMPANY,

REPORT OF RULE 26(f) MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 30, 2022, and at various times thereafter and was attended by Reagan L. Toledano, counsel for Plaintiff, and Iwana Rademaekers, counsel for Defendant.

1.    **Nature of the case**

This is a claim to recover long term disability benefits under ERISA, specifically, 29 U.S.C. § 1132(a)(1)(B).   Plaintiff asserts the Defendant wrongfully terminated his long term disability benefits according to the controlling long term disability plan and that Defendant abused its discretion in making its determination.

Defendant denies the general allegations of Plaintiff's Complaint and, in response, states that Defendant properly adjudicated Plaintiff's claim for long-term disability benefits pursuant to the terms and conditions of the applicable plan documents.   Specifically, Defendant contends that its consideration of the relevant medical information, among other evidence, revealed that Plaintiff did not meet the plan's definition of disability.   Defendant also states that its claims decision was in accordance with the plan's provisions, legally correct, and neither arbitrary nor capricious.

2.    **Jury Demand**

No jury demand was made.

3.    **Initial Disclosures**

Because this is an ERISA case for disability insurance benefits, the parties agree to waive initial disclosures and Defendant has already provided Plaintiff with a copy of the administrative record on March 30, 2022.

5.    **Joinder of Parties and Amendment of Pleadings**

The parties are currently assessing whether any joinder of parties or amendment of pleadings is necessary and would request 60 days to file any such amended pleadings, or until June 4, 2022.

6.    **Discovery Issues**

A.    As this is an ERISA benefits case, Defendant asserts that only limited discovery will be appropriate.  Plaintiff contends that some limited discovery may be appropriate, such as whether the administrative was record is complete, whether the insurer complied with ERISA's procedural regulations, and the extent of the insurer's conflict of interest.  Crosby v. Louisiana Health Serv. & Indem. Co., 647 F.3d 258, 263 (5th Cir. 2011)

B.    The parties shall complete all discovery, if any, by August 17, 2022.

7.    **Motion Practice**

There are no pending motions. The parties plan to file motions for summary judgment by October 5, 2022.

8.    **Alternative Dispute Resolution**

The parties believe that referral to mediation may be most productive prior to the dispositive motion deadline.

9.    **Related Cases**

None.

10.   **Other items:**

a.    An agreement by all parties could not be reached regarding consent to final dispositive jurisdiction by a magistrate judge.

b.    If a trial is needed, the Parties estimate that 8-12 hours will be required.   However, the above-styled action is a claim by Plaintiff for recovery of disability benefits and the Parties agree that Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA").   As such, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and cross motions for summary judgment.   To facilitate the submission of the case to the Court, the parties propose the following deadlines in lieu of a standard schedule:

| | |
|---|---|
| September 7, 2022 | Joint Stipulated Record to be filed by the Parties by this date. |
| October 5, 2022 | Both parties shall submit cross motions for summary judgment this date. |
| October 26, 2022 | Both parties shall submit response briefs by this date. The parties may file  replies allowed by the court's Local Rules. |

Respectfully submitted,


    /s/ Reagan Toledano
Reagan L. Toledano (La. 29687)
rtoledano@willefordlaw.com
**WILLEFORD & TOLEDANO**
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Telephone:   (504) 582-1286
Facsimile:   (313)692-5927

**ATTORNEYS FOR PLAINTIFF**


**AND**


   /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA**
**RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas   75252
Telephone:   (214) 579-9319
Facsimile:   (469) 444-6456


- And -

*/s/ Lindsay Calhoun*

Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
Email:  lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**