# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 3206
NEW ORLEANS, LA 70170

_____

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

PLEASE REPLY TO:
REAGAN@TOLEDANOLAW.COM

REAGAN L. TOLEDANO

September 30, 2022

Honorable Judge James D. Cain, Jr.
United States District Court
Western District of Louisiana
611 Broad St.
Lake Charles, LA 40601

**Re:**   ***Stephen Olson vs. Lincoln National Life Insurance Co.***
     **USDC, WDLA, Docket No. 2:21-CV-03980-JDC-KK**

Dear Judge Cain,

I am writing to let you know that the parties have reached a settlement of all claims asserted in this case and to respectfully request the Court to issue an Order of Dismissal.

Sincerely,

Reagan L. Toledano

RLT/kab
cc: Stephen Olson
cc: Iwana Rademaekers