**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STEPHEN OLSON,** | **CIVIL ACTION NO. 2:21-CV-03980** |
| **V.** | **JUDGE JAMES D. CAIN, JR.** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAY** |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Stephen Olson and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 9th day of November 2022.

Respectfully submitted,

/s/ Reagan Toledano (by permission)
Reagan L. Toledano (La. 29687)
rtoledano@willefordlaw.com
**WILLEFORD & TOLEDANO**
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Telephone: (504) 582-1286
Facsimile: (313)692-5927

**ATTORNEYS FOR PLAINTIFF**

**AND**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456

- And -

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**